IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
AUG 06 2018
Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | CR 18-11-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| ADAM GALLIHER, JR., | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Adam Galliher, Jr. appeared before the Court on July 31, 2018, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Galliher's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 881(a)(11).

IT IS ORDERED:

THAT Galliher's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 881(a)(11).

    Jimenez Arms, model J.A. 380, .380 ACP caliber, semi-automatic pistol (serial number 030822); and ammunition.

1

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 2th day of August, 2018.

CHARLES C. LOVELL
Senior United States District Court Judge