FILED

1/11/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-11-H-CCL |
| --- | --- |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| ADAM GALLIHER, JR., | |
| Defendant. | |

The United States has filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 47). Having reviewed the motion and the record in its entirety, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

1

2. On July 31, 2018, Defendant Adam Galliher, Jr., appeared before Magistrate Judge Johnston of this Court at which time he entered a plea of guilty to Count I of the Indictment and admitted the forfeiture allegation, thus providing a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 881(a)(11);

3. A Preliminary Order of Forfeiture was entered on August 6, 2018;

4. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. ' 853(n)(1) and 18 U.S.C. § 924(d); and

5. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11).

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Unopposed Motion for Final Order of Forfeiture (Doc. 47) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11), free from the claims of any other party: Jimenez Arms, model J.A. 380, .380 ACP caliber, semi-automatic pistol (serial number 030822); and ammunition.

3. The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

Dated this 10th day of January, 2019.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE