IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
6/4/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM GALLIHER, JR.,<br><br>Defendant. | CR-18-11-H-CCL<br><br>ORDER |

Before the Court is Defendant's unopposed motion to file a sentencing exhibit under seal. (Doc. 56). Defendant asks the Court to allow him to file Sentencing Exhibit D under seal because it contains confidential information concerning a case filed by the organization he terms Child Protective Services in the First Judicial District Court, Lewis and Clark County.

The Court having previously ruled that records relating to that case should be filed under seal, to protect the subject child and the respondents in that case,

**IT IS HEREBY ORDERED** that Defendant's unopposed motion (Doc. 56) is GRANTED. The Clerk of Court is directed to file and seal Lodged Document No. 57 and to provide a copy to the United States Probation Office.

Done and dated this 4th day of June, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE