# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM GALLIHER, JR,<br><br>Defendant. | Cause No. CR 18-11-H-BMM<br><br>**ORDER** |

Defendant Adam Galliher, Jr., filed pro se a Motion to Amend Judgment under Rule 36 on July 12, 2023. (Doc. 152); *see also* (Doc. 151.) The United States responded on July 26, 2023. (Doc. 153.) Galliher has also requested, pro se, documents related to his case. (Doc. 155.) Galliher remains represented by Palmer A. Hoovestal. Accordingly,

### ORDER

**IT IS ORDERED** that

Palmer A. Hoovestal shall confer with Mr. Galliher and, if Mr. Galliher intends, shall file a supplemental memorandum in support of Galliher's pro se motion (Doc. 152) or an amended motion.

**DATED** this 14th day of December, 2023.

*/s/ Brian Morris*
Brian Morris, Chief District Judge
United States District Court